625 A.2d 613

**Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Liquidator of Rockwood Insurance Company, Appellant,**

v.

**ARGONAUT INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued May 5, 1993.

Decided May 24, 1993.

Jeffrey Cooper, Philadelphia, for appellant.

Edward F. Mannino, Virginia L. Hogben, Philadelphia, for appellee.

354

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.

NIX, C.J., and CAPPY, J., dissent.